UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1515 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | |
| v. | NOTICE OF RELATED CASE |
| WILLIAM WRIGHT, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Michael Alexander</u>, Criminal Case No. 07CR1237-BEN.

DATED: May 9, 2008.

KAREN P. HEWITT
United States Attorney

YESMIN E. SAIDE
Assistant U.S. Attorney