| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | YESMIN E. SAIDE |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 067386 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6755/(619) 557-7055 (Fax) |
| | Email: yesmin.saide@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1515-BEN |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM WRIGHT, | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Yesmin E. Saide | 067386 | (619) 557-6755 | yesmin.saide@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|------|--------------|---------------|---------------|
|      |              |               |               |

Please call me if you have any questions about this notice.

DATED: May 14, 2008

                                      Respectfully submitted,

                                      KAREN P. HEWITT
                                      United States Attorney


                                      <u>s/YESMIN E. SAIDE</u>
                                      Assistant United States Attorney
                                      Attorneys for Plaintiff
                                      United States of America
                                      **Email: yesmin.saide@usdoj.gov**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1515-BEN |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| WILLIAM WRIGHT, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. : I have caused service of: Government's Notice of Appearance on the following parties by faxing a copy to: Stanley H. Rozanski at (310) 442-8210.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2008.

                                                 s/ Yesmin E. Saide
                                                 YESMIN E. SAIDE