KAREN P. HEWITT
United States Attorney
YESMIN E. SAIDE
California State Bar No. 067386
Assistant United States Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6755

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1515-BEN |
| Plaintiff, ) | |
| ) | DATE: June 20, 2006 |
| v. ) | TIME: 2:00 p.m. |
| ) | |
| WILLIAM WRIGHT, ) | JOINT NOTICE OF MOTION AND MOTION FOR COURT TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. §§ 3161(h)(1)(F) AND 3161(h)(8)(A) AND TO DESIGNATE CASE COMPLEX UNDER 18 U.S.C. §§ 3161(h)(8)(B)(ii) |
| Defendant. ) | |

PLEASE TAKE NOTICE that the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Yesmin E. Saide, Assistant United States Attorney, and defendant WILLIAM WRIGHT, by and through his counsel, Stanley Rozanski, respectfully jointly move this Court to issue a written order (1) finding excludable time under 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A); and 2) designating the case complex under 18 U.S.C.

//
//
//
//

1 §§ 3161(h)(8)(B)(ii). Said motion is based upon the files and records of this case, together with the
2 attached statement of the facts.
3     DATED: May 20, 2008.

    Respectfully Submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ Yesmin E. Saide
    YESMIN E. SAIDE
    Assistant United States Attorneys
    Attorneys for Plaintiff
    United States of America

    s/ Stanley Rozanski
    STANLEY ROZANSKI
    Attorney for WILLIAM WRIGHT

1  KAREN P. HEWITT
   United States Attorney
2  YESMIN E. SAIDE
   California State Bar No. 067386
3  Assistant United States Attorney
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6755

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  Criminal Case No. 08CR1515-BEN
                                 )
12         Plaintiff,             )  DATE:  June 30, 2008
                                 )  TIME:  2:00 p.m.
13                               )
      v.                         )
14                               )  JOINT MOTION FOR COURT TO FIND
15 WILLIAM WRIGHT                )  EXCLUDABLE TIME UNDER 18 U.S.C. §§
                                 )  3161(h)(1)(F) AND 3161(h)(8)(A) AND TO
16         Defendant.            )  DESIGNATE CASE COMPLEX UNDER 18
   _____)  U.S.C. §§ 3161(h)(8)(B)(ii)

17

18

19     COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

20 Karen P. Hewitt, United States Attorney, and Yesmin E. Saide, Assistant United States Attorney,

21 and WILLIAM WRIGHT, by and through his counsel Stanley Rozanski, and hereby files their joint

22 motion for the Court to issue a written order regarding (1) finding excludable time under 18 U.S.C.

23 §§ 3161(h)(1)(F) and 3161(h)(8)(A); and 2) designating the case complex under 18 U.S.C. §§

24 3161(h)(8)(B)(ii). Said motion is based upon the files and records of this case, together with the

25 attached statement of facts.

26

27

28

**I**

**STATEMENT OF FACTS**

On May 9, 2008, a federal grand jury returned a 13-count indictment against defendant WILLIAM WRIGHT charging conspiracy, mail fraud, wire fraud, conspiracy to launder money and money laundering promotion. The indictment alleges that defendant WRIGHT, the lead sales man for the Rose Fund, LLC and TRF Holdings, Inc., and other co-conspirators fraudulently solicited more than $4 million from investors misrepresenting, among other things, that investments would be used to make loans secured by real property. Instead, according to the indictment, defendant WRIGHT and others converted to their own personal use and benefit substantial amounts of investor funds.

On May 13, 2008, defendant WRIGHT was arraigned by Magistrate Judge Bencivengo. Prior to court and on the record, the parties indicated their belief that the Court should declare this case as complex under 18 U.S.C. § 3161(h)(8)(B)(ii), considering the volume of discovery. The Magistrate Judge deferred the ruling on this issue to this Court and set a motions hearing in this case before this Court on June 30, 2008 at 2:00 p.m. The Magistrate Judge scheduled a Nebbia hearing for May 20, 2008.

This case involves voluminous discovery comprising between 25 and 30 bankers boxes of documents. The discovery includes, among other things, documents that the Government obtained from the Securities and Exchange Commission, the Court-appointed Receiver for the Rose Fund, LLC and TRF Holdings, Inc., financial institutions, and investors. More than 100 individuals invested in the Rose Fund, LLC and TRF Holdings, Inc. during the one-year period that the companies operated. The discovery includes information contained in electronic format, including

several CD ROMS and a computer hard drive, that will be difficult to review. Although defense counsel has not made a formal discovery request, he has told the Government that he wants copies of all documents.

The parties move for this Court to find that the time period between the date of the filing of this motion May 20, 2008 to June 30, 2008, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because it constitutes delay resulting from the filing of a pretrial motion through the hearing on or other prompt disposition of this motion.

The parties also move for this Court to designate this case as complex under 18 U.S.C. § 3161(h)(8)(B)(ii) as it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act, 18 U.S.C. § 3161, et seq. The Government makes this motion based on the following facts:

1. Voluminous discovery in this case; and
2. The nature of the prosecution, conspiracy to commit mail and wire fraud, mail fraud, wire fraud, conspiracy to launder money and money laundering promotion, involving more than $4 million obtained from more than 100 investors over a period of one year.

The parties also move for this Court to change the June 30, 2008 hearing from a "motions hearing" to a "status hearing re discovery." This will provide defense counsel with an opportunity to review and evaluate the discovery before he has to file motions. Also, it will provide the parties with an opportunity to resolve discovery issues prior to a motions hearing. Additionally, Government counsel will be out of the district between June 7, 2008 and June 18, 2008 on

3

previously-scheduled annual leave and will be unable to respond to defense motions by the June 30, 2008 hearing date.

**II**

**CONCLUSION**

For the reasons set forth above, the Court should issue an written order regarding its Speedy Trial calculations and declaring this case complex.

DATED: May 20, 2008.

                                                        Respectfully Submitted,

                                                        KAREN P. HEWITT
                                                        United States Attorney

                                                        s/ Yesmin E. Saide
                                                        YESMIN E. SAIDE
                                                        Assistant United States Attorneys
                                                        Attorneys for Plaintiff
                                                        United States of America

                                                        s/ Stanley Rozanski
                                                        STANLEY ROZANSKI
                                                        Attorney for WILLIAM WRIGHT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>WILLIAM WRIGHT,<br><br>　　　　　Defendant. | Case No. 08CR1515-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of JOINT NOTICE OF MOTION AND MOTION FOR COURT TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. §§ 3161(h)(1)(F) AND 3161(h)(8)(A) AND TO DESIGNATE CASE COMPLEX UNDER 18 U.S.C. §§ 3161(h)(8)(B)(ii) on the following party by faxing a copy to: Stanley H. Rozanski, Esq. at (310) 442-8210.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on May 20, 2008.

　　　　　　　　　　　　　　　　　　　　　s/ YESMIN E. SAIDE
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

5