AO 442

FID No. 1490545

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

William Wright

**WARRANT FOR ARREST**

FILED
08 MAY 30 AM 8:57
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECU DEPUTY

CASE NUMBER: 08cr1515-BEN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ William Wright _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371 - Conspiracy
18:1341 - Mail Fraud
18:1343 - Wire Fraud
18:1956(h) - Conspiracy to Launder Money
18:1956 - Money Laundering
18:2 - Aiding and Abetting

*** STAYED UNTIL 12:00 NOON ON MAY 21, 2008 ***

ARRESTED BY 5/13/08
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 MAY -9 P 2:54

In violation of Title ____ See Above ____ United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

[Signature]
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

5/9/2008 San Diego, CA
Date and Location

Bail fixed at $ ____ NO BAIL ____ by ____ The Honorable Louisa S. Porter ____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DATE 5/13/08 ARRESTED BY In Court STEVEN C. STAFFORD ACTING U.S. MARSHAL, S/CA BY | |

CLASS II's

2603