FILED
08 JUN -4 AM 11: 12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>WILLIAM WRIGHT,<br><br>           Defendant. | Criminal Case No. 08CR1515-BEN<br><br>DATE: June 30, 2008<br>TIME: 2:00 p.m.<br><br>ORDER FOR COURT TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. §§ 3161(h)(1)(F) AND 3161(h)(8)(A) AND TO DESIGNATE CASE COMPLEX UNDER 18 U.S.C. § 3161(h)(8)(B)(ii) |

**JOINT MOTION HAVING BEEN MADE BY ALL PARTIES, IT IS HEREBY ORDERED THAT:**

(a) the time period from May 20, 2008 the date of the filing of this motion until June 30, 2008, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) because it constitutes a delay resulting from pretrial motions from the filing of the motions through the hearing on or other prompt disposition of the motions;

(b) based upon the scope of discovery in this case and the complex nature of the prosecution, conspiracy to commit wire and mail fraud, mail fraud, and wire fraud, and money laundering, involving more than $4 million dollars and 100 investors spanning a one-year time period, it is unreasonable to expect adequate preparation for trial within the time limits of 18 U.S.C. § 3161 et seq. Therefore, the Court finds that this case is complex pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii), that the failure to grant a continuance would result in the miscarriage of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(i), and that the time period from the date of the filing of this motion May 20, 2008

1  until June 30, 2008 is excludable under 18 U.S.C. § 3161(h)(8)(A), as the ends of justice served by
2  taking such action outweigh the best interest of the public and the defendant in a speedy trial; and
3      (c)    the June 30, 2008 hearing will be changed from a "motions hearing" to a "status hearing
4  re discovery."

DATED: 6/02/08

ROGER T. BENITEZ
United States District Judge