# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM WRIGHT,<br><br>　　　　　　　Defendant. | Criminal Case No. 08CR1515-BEN<br><br>ORDER AUTHORIZING GOVERNMENT TO DISCLOSE GRAND JURY MATTER AND PROTECTIVE ORDER |

This matter comes before the court upon the *ex parte* motion of the United States for (1) authorization to disclose grand jury matter to the defense team in the above-captioned case, and (2) a protective order to safeguard such grand jury matter from disclosure to persons outside of the defense team. After considering the motion and the file in this case, the court finds good cause for the relief requested, and

IT IS HEREBY ORDERED that the motion is granted. The attorney for the Government is authorized to disclose to the defendant or to his counsel of record grand jury matter which the United States intends to disclose in order to fulfill its statutory and Constitutional discovery obligations in this case. The term "grand jury matter," as used in this order, means (1) transcripts of testimony before the grand jury, and (2) documents or objects marked as grand jury exhibits.

1    IT IS FURTHER ORDERED that, upon receipt of the grand jury matter described above, the
2 defendant and his counsel of record are prohibited from distributing, disseminating, disclosing or
3 exhibiting such grand jury matter to any person who is not part of their defense team and for any purpose
4 other than preparing a defense of this case. The term "defense team," as used in this order, means, for
5 each defendant, the defendant; the defendant's counsel of record, including members, associates,
6 paralegals and office staff of counsel of record's law firm; and investigators, experts and consultants
7 hired by counsel of record to assist in the defense of this criminal case.

8    IT IS FURTHER ORDERED that each counsel of record ensure that every member of his/her
9 defense team is advised of this protective order and agrees to be bound by its terms.

10   IT IS FURTHER ORDERED that if, in the course of preparing the defense in this case, counsel
11 of record or any member of his/her defense team needs to disclose grand jury matter to any person
12 outside of his/her defense team (such as to a third-party witness), counsel of record must obtain prior
13 written authorization from the court, with such authorization to require that any such person to whom
14 grand jury matter is disclosed agree to be bound by the terms of this protective order, that grand jury
15 matter be only shown to, and not left with, such person, and that the grand jury matter remain in the
16 custody and control of the defense team.

17   IT IS FURTHER ORDERED that nothing herein should be construed as enlarging the
18 Government's discovery obligations or creating any right to material not otherwise discoverable, as
19 determined by the Government or as directed by the court; and

20   IT IS FURTHER ORDERED that at the conclusion of the proceedings in this case, counsel of
21 record shall return to the Government, upon request, any grand jury matter disclosed.

22   IT IS SO ORDERED.

24   DATED: 6/13/08

Honorable Roger T. Benitez
United States District Judge

27 Copy to:
All Counsel