Stanley H. Rozanski   (SBN 81362)
Matthew T. Surlin   (SBN 102227)
Barry J. Post (SBN 72286)
ROZANSKI & ASSOCIATES
12400 Wilshire Blvd.  Ste 650
Los Angeles, CA 90025
(310) 442-8200; fax (310) 442-8210

Attorneys for Defendant, William Wright

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No.: 08CR1515-BEN |
| Plaintiff, | |
| vs. | **JOINT NOTICE OF MOTION AND MOTION FOR ORDER CONTINUING STATUS CONFERENCE RE DISCOVERY AND TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. § 3161(h)(8)(A)** |
| **WILLIAM WRIGHT,** | |
| Defendant. | |

        PLEASE TAKE NOTICE that the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Yesmin Saide, Assistant United States Attorney, and defendant, WILLIAM WRIGHT, by and through his counsel, Stanley H. Rozanski, respectfully jointly move this Court to issue a written order (1) continuing the status conference re discovery from June 30, 2008 to August 4, 2008, at 2:00 p.m. and (2) finding excludable time under 18 U.S.C. §3161(h)(8)(A) and

§3161(h)(8)(B)(i) and (ii).   Said motion is based upon the files and records in this case, together with these moving papers.

Dated: June 24, 2008

Respectfully Submitted,

KAREN P. HEWITT,
United States Attorney


s/Yesmin E. Saide

YESMIN E. SAIDE,
Assistant United States Attorney
Attorneys for Plaintiff,
United States of America


ROZANSKI & ASSOCIATES

 s/Stanley H. Rozanski

STANLEY H. ROZANSKI
Attorneys for Defendant
William Wright

JOINT MOTION TO CONTINUE

Stanley H. Rozanski   (SBN 81362)
Matthew T. Surlin   (SBN 102227)
Barry J. Post (SBN 72286)
ROZANSKI & ASSOCIATES
12400 Wilshire Blvd.  Ste 650
Los Angeles, CA 90025
(310) 442-8200; fax (310) 442-8210

Attorneys for Defendant, William Wright

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal Case No.: 08CR1515-BEN |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR ORDER CONTINUING STATUS CONFERENCE RE DISCOVERY AND TO FIND EXCLUDABLE TIME UNDER 18 U.S.C. § 3161(h)(8)(A)** |
| **WILLIAM WRIGHT,** | |
| Defendant. | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Yesmin Saide, Assistant United States Attorney, and defendant, WILLIAM WRIGHT, by and through his counsel, Stanley H. Rozanski, respectfully jointly move this Court to issue a written order (1) continuing the status conference re discovery from June 30, 2008 to August 4, 2008, and (2) finding excludable time under 18 U.S.C. §3161(h)(8)(A), and §3161(h)(8)(B)(i) and (ii).   Said motion is based upon the files and records in this case, together with these moving papers.

## STATEMENT OF FACTS

Defendant is charged in this case with 13 counts including allegations of conspiracy, mail fraud, wire fraud, conspiracy to launder money and money laundering promotion.   By written order of June 2, 2008, this Court found this case to be complex pursuant to §3161(h)(8)(B)(ii).

The discovery in this case includes documents filling approximately 30 banker's boxes.  At present, counsel for Defendant has received only 1 of the boxes in hard copy and 9 on disk (including the 1in hard copy) from the copying service.  The government has sent 7 more boxes to the copying service that are not yet copied.  The parties are proceeding diligently but more time is needed merely to accomplish the discovery, let alone to study the materials.

Counsel for all parties agree that it is not likely that all of the discovery materials will even be in the hands of counsel for Defendant by June 30, 2008, and review will barely have been begun.  A hearing on that date will not be productive at all.  It will only serve to waste the time of the Court, as well as that of all counsel.

Counsel have agreed that the hearing should be continued to August 4, 2008, and the court clerk has cleared the date and set the time at 2:00 p.m.  Counsel have further agreed that the time between June 30, 2008 and the new hearing date be excluded pursuant to 18 U.S.C. §3161(h)(8)(A) and **§3161(h)(8)(B)(i) and (ii).**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CONCLUSION

For the reasons set forth above, the Court should issue an order continuing the hearing date and finding the interim time to be excludable.


Dated: June 24, 2008                           Respectfully Submitted,

                                               KAREN P. HEWITT,
                                               United States Attorney


                                               s/Yesmin E. Saide

                                               YESMIN E. SAIDE,
                                               Assistant United States Attorney
                                               Attorneys for Plaintiff,
                                               United States of America


                                               ROZANSKI & ASSOCIATES

                                               s/Stanley H. Rozanski

                                               STANLEY H. ROZANSKI
                                               Attorneys for Defendant
                                               William Wright

**ACKNOWLEDGEMENT BY DEFENDANT**

I, WILLIAM WRIGHT, Defendant in the above captioned case, acknowledge that I am aware that this motion is being filed to continue the status conference from June 30, 2008, to August 4, 2008, at 2:00 p.m.., and to have the time between those dates excluded for purposes of the right to a speedy trial, both mine and the government's. I agree to the filing of the motion, to the continuance, and to the exclusion of time.

I will be present in court on the continued date.

June 24, 2008

_____
                                   William Wright

JOINT MOTION TO CONTINUE