## **ACKNOWLEDGEMENT 3BY DEFENDANT**

I, WILLIAM WRIGHT, Defendant in the above captioned case, acknowledge that I am aware that this motion is being filed to continue the status conference from June 30 2008, to August 4, 200S, at 2:00 p.m.., and to have the time between those dates excluded for purposes of the right to a speedy trial, both mine and the government's. I agree to the filing of the motion, to the continuance, and. to the exclusion of time.

I will be present **in** court on. the continued date.

William Wright

June 24, 2008                                                        /