Stanley H. Rozanski   (SBN 81362)
Matthew T. Surlin   (SBN 102227)
Barry J. Post (SBN 72286)
ROZANSKI & ASSOCIATES
12400 Wilshire Blvd.  Ste 650
Los Angeles, CA 90025
(310) 442-8200; fax (310) 442-8210

Attorneys for Defendant, William Wright

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>              Plaintiff,<br><br>     vs.<br><br>**WILLIAM WRIGHT,**<br><br>              Defendant. | Criminal Case No.: 08CR1515-BEN<br><br>**ACKNOWLEDGEMENT OF CONTINUANCE OF CONFERENCE RE DISCOVERY** |

1

**ACKNOWLEDGEMENT OF CONTINUANCE**