07/24/2208 14:41    3104428213             ROZANSKISASSQCIATES,                    PAGE  02/02

06/24/2003        3104:426210             EDSANSKI.'HSSOCIATSS.                    PAGE  01/01

## ACKNOWLEDGEMENT BY DEFENDANT

I, WILLIAM WRIGHT, Defendant in tk above capticmsd case, acknowledge Hiat I atn aware that the Court Hearing previously sot for Monday, August 4, 2008, has been, continued by the Court to Tuesday, August 5, 2008, at 2:00p.tn.. I assure the court that I will be present at the continued date and time.

9

10tl    My 24,2008                                 William Wright

12

13

1*

IS

TS

17

18

19

20

21

22

23

24

16

27-28

ACKNOWLEDGEMENT OF CONTINUANCE