1

2

**PROOF OF SERVICE**

3       I am a resident of the State of California, County of Los Angeles;  I am over the age
4 of eighteen years and not a party to the within action; my business address is 12400 Wilshire
Boulevard, Suite 650, Los Angeles, CA 90025.

5       On July 24, 2008 I served the foregoing document described as Acknowledgement of
6 Continuance by Defendant, by transmitting a copy of the document as an e-mail attachment
addressed as follows:

| | |
|---|---|
| 7 YESMIN SAIDE, Assistant U.S. Attorney<br>880 Front Street, Room 6293<br>8 San Diego, CA 92101-8893<br><br>9 **yesmin.saide@usdoj.gov** | |

10

____
11 **_____U.S. Mail**.  I deposited such envelope in the mail at Los Angeles, California.  The
envelope was mailed with postage thereon fully prepaid.

12
  **XXX  VIA E-MAIL to the e-mail address shown above.**
13
14       **_____  FEDERAL EXPRESS**:  I am familiar with the firm's practice of collection and
processing of correspondence for delivery via Federal Express.  Under that practice, it
would be picked up by Federal Express on that same day at Los Angeles, California, and
15 delivered to the parties and listed on the Proof of Service the following business morning.

16 **_____  BY FACSIMILE**:  I caused the above-referenced document to be transmitted via
facsimile to the parties as listed on this Proof of Service.
17
**_____  STATE**:  I declare under penalty of perjury under the laws of the State of
18 California that the foregoing is true and correct.

19 **__XX___  FEDERAL**: I declare that I am employed in the office of a member of the bar of
this court at whose direction the service was made.
20

21 _____

22       Executed on July 24, 2008 at Los Angeles, California.

23                                                            /s/ STANLEY H. ROZANSKI

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25