KAREN P. HEWITT
United States Attorney
YESMIN E. SAIDE
Assistant U.S. Attorney
California State Bar No. 067386
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6755 /(619) 557-7055 (Fax)
Email: yesmin.saide@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08CR1515-BEN |
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION FOR PROTECTIVE ORDER |
| WILLIAM WRIGHT, | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Yesmin E. Saide, Assistant United States Attorney, and  hereby moves the Court for a protective order to safeguard government produced discovery from disclosure to persons outside of the defense team.  This motion is based upon the files and records of this case and the argument set forth below.

I

ARGUMENT

A.    GOVERNMENT OBLIGATION TO PROVIDE DISCOVERY

As part of its statutory and Constitutional obligations to provide discovery in this case, the Government is required to disclose to the defendant, *inter alia*, materials falling within the *Jencks Act*, *Brady v. Maryland*, and Rule 16 of the Federal Rules of Criminal Procedure.  For purposes of this motion, these materials are referred generically to as "discovery."

1      To the extent that the attorney for the Government intends to disclose such discovery to the

2    defendant, the Government hereby moves for a protective order as described below.  Nothing in

3    this motion or in the court's authorization should be construed as enlarging the Government's

4    discovery obligations or creating any right to material not otherwise discoverable, as determined

5    by the Government or as directed by the court.

6        B.    <u>PROTECTIVE ORDER</u>

7      This court has the power to issue "protective and modifying orders" regulating discovery.

8    <u>Fed. R. Crim. P.</u> 16(d)(1).  Specifically, "[a]t any time the court may, for good cause, deny, restrict,

9    or defer discovery or inspection, or grant other appropriate relief.  <u>Id.</u>  <u>See</u> <u>Alderman v. United</u>

10    <u>States</u>, 394 U.S. 165, 185 (1969) ("the trial court can and should, where appropriate, place a

11    defendant and his counsel under enforceable orders against unwarranted disclosure of the materials

12    which they may be entitled to inspect").

13      Here, the disclosure of discovery should be limited to only those individuals who are

14    personally and directly involved in preparing the defense and trial of this criminal case and for no

15    other purpose.  Consequently, the Government moves for a protective order to safeguard this

16    discovery from disclosure to persons outside of the defense team.  For purposes of this motion, the

17    "defense team," refers to the defendant; the defendant's counsel of record, including members,

18    associates, paralegals and office staff of counsel of record's law firm; and investigators, experts

19    and consultants hired by counsel of record to assist in the defense of this criminal case.

20      The protective order should:

21        1.    Prohibit the members of each defense team from distributing, disseminating,

22    disclosing or exhibiting discovery to any person who is not part of that defense team and for any

23    purpose other than preparing a defense of this case;

24        2.    Require each counsel of record to ensure that every member of his/her defense team

25    is advised of the protective order and has agreed to be bound by its terms;

26

27

28                                  2            08CR1515

1    3.    Require that if, in the course of preparing the defense in this case, counsel of record

2    or any member of his/her defense team needs to disclose discovery to any person outside of his/her

3    defense team (such as to a third-party witness), counsel of record must obtain prior written

4    authorization from the court, with such authorization to require that any such person to whom

5    discovery is disclosed agree to be bound by the terms of this protective order;

6    4.    Require that if disclosure of discovery to a person outside the defense team is

7    authorized by the court, that the discovery be only shown to, and not left with, such person, and

8    that the discovery must remain in the custody and control of the defense team; and

9    5.    Require that at the conclusion of the proceedings in this case, counsel of record

10    shall return to the Government, upon request, any discovery matter disclosed.

11                                                          II

12                                                  CONCLUSION

13    For the foregoing reasons, the United States respectfully requests that the court issue the

14    attached order prohibiting the defense team from disclosing discovery except as otherwise

15    permitted in the order.

16    DATED: August 6, 2008

17                                                          Respectfully submitted,

18                                                          KAREN P. HEWITT
                                                             United States Attorney
19

20                                                          s/ YESMIN E. SAIDE
                                                             Assistant U.S. Attorney
21

22

23

24

25

26

27

28                                                          3                                        08CR1515

1
2
3
4
5
6
7                            UNITED STATES DISTRICT COURT

8                          SOUTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,                    Case No. 08CR1515-BEN

10                     Plaintiff

11            v.                                   CERTIFICATE OF SERVICE

12   WILLIAM WRIGHT,

13                     Defendant.

14

15   IT IS HEREBY CERTIFIED THAT:

16          I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age.

17   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

18          I am not a party to the above-entitled action.  I have caused service of GOVERNMENT'S

19   MOTION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER on the following party by

20   faxing a copy to: Stanley H. Rozanski, Esq. at (310) 442-8210.

21   I declare under penalty of perjury that the foregoing is true and correct.

22          Executed on August 6, 2008.

23                                            s/ YESMIN E. SAIDE
                                              Assistant U.S. Attorney
24

25

26

27

28                                                                            08CR1515