FILED
AUG 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>    v.<br><br>WILLIAM WRIGHT,<br><br>              Defendant. | Criminal Case No. 08CR1515-BEN<br><br>PROTECTIVE ORDER |

     This matter comes before the court upon motion of the United States for a protective order to safeguard discovery from disclosure to persons outside of the defense team. After considering the motion and the file in this case, the court finds good cause for the relief requested, and

     IT IS HEREBY ORDERED that, upon receipt of discovery in the above-captioned matter, the defendant and his counsel of record are prohibited from distributing, disseminating, disclosing or exhibiting such discovery to any person who is not part of their defense team and for any purpose other than preparing a defense of this case. The term "defense team," as used in this order, means, the defendant; the defendant's counsel of record, including members, associates, paralegals and office staff of counsel of record's law firm; and investigators, experts and consultants hired by counsel of record to assist in the defense of this criminal case.

     IT IS FURTHER ORDERED that counsel of record ensures that every member of his/her defense team is advised of this protective order and agrees to be bound by its terms.

08CR1515

1     IT IS FURTHER ORDERED that if, in the course of preparing the defense in this case, counsel
2 of record or any member of his/her defense team needs to disclose government provided discovery to
3 any person outside of his/her defense team (such as to a third-party witness), counsel of record must
4 obtain prior written authorization from the court, with such authorization to require that any such person
5 to whom discovery is disclosed agree to be bound by the terms of this protective order, that discovery
6 be only shown to, and not left with, such person, and that the discovery remain in the custody and control
7 of the defense team.

8     IT IS FURTHER ORDERED that nothing herein should be construed as enlarging the
9 Government's discovery obligations or creating any right to material not otherwise discoverable, as
10 determined by the Government or as directed by the court; and

11     IT IS FURTHER ORDERED that at the conclusion of the proceedings in this case, counsel of
12 record shall return to the Government, upon request, any discovery disclosed.

13     IT IS SO ORDERED.

14     DATED: 8/19/08

15                         Honorable Roger T. Benitez
                          United States District Judge

17 Copy to:
   All Counsel