# TABLE OF CONTENTS FOR EXHIBITS

## U.S. v. WILLIAM WRIGHT, 08CR1515-BEN

| Exhibit | Document | Page |
|---|---|---|
| 1 | Subpoena to Washington Mutual Bank (FILED UNDER SEAL) | 1 |
| 2 | Subpoena to Desert European Motorcars, Ltd. | 2 |
| 3 | Declaration of Barry Bolger | 6 |

# EXHIBIT 1
# (filed under seal)

# EXHIBIT 2

2

# United States District Court

SOUTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

V.

WILLIAM WRIGHT

**SUBPOENA**

CASE NUMBER: 08CR1515-BEN

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL  ☒ CRIMINAL | ☐ PERSON  ☒ DOCUMENT(S) or OBJECT(S) |

TO:
Desert European Motorcars, Ltd
71387 Highway 111
Rancho Mirage, CA 92270

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse  940 Front Street  San Diego, California 92101-8800 | Honorable William McCurine, Jr  Courtroom C, 1st Floor |
| | DATE AND TIME  September 23, 2008  Time: 9:30 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*
Any and all records pertaining to financial transactions relating to WILLIAM WRIGHT for the period October 1, 2002 through October 31, 2003, including but not limited to the following:

1) Vehicle Sale Files
2) Vehicle Purchase Contracts
3) Payment Records

**Important:** We do not reimburse for expenses incurred in providing these records.

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT  W. SAMUEL HAMRICK, JR. | DATE  August 28, 2008 |
|---|---|
| (BY) DEPUTY CLERK  *[signature]* | |

This subpoena is issued upon application of the:

☐ Plaintiff   ☐ Defendant   ☒ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
YESMIN E. SAIDE, AUSA
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-6755
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none."   To be used in lieu of A089   FORM OBD-226 JAN 86

3

CERTIFICATE OF AUTHENTICITY
OF
BUSINESS RECORDS

I, _____, declare, pursuant to Title 28, U.S.C. § 1746,
          (Print Name)

that I am employed by _____ and that my official title
                              (Name of Business)

or position is _____. I further declare that I am a custodian of records
              (Official Title or Position)

of said business and that each of the records attached hereto is the original or a duplicate (exact

photocopy) of an original record in the custody of _____.
                                                           (Name of Business)

I further state that:

1)   Such records were made, at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2)   such records were kept in the course of a regularly conducted business activity;

3)   the business activity made such records as a regular practice; and

4)   if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the foregoing is true and correct.


_____                    _____
(Date of Execution)                                 (Print Name)


_____                    _____
(Place of Execution)                                (Signature)

**U.S. v. WRIGHT (trial subpoena)**
**Desert European Motorcars, Ltd.**

4

## NOTICE

**PLEASE RETURN:**

    1.    **CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS AND;**

    2.    **A COPY OF THE SUBPOENA WITH THE RECORDS.**

**THANK YOU**

---

**Important:**

If any such records are maintained in a computer or on a computer disc, a printout of such information should be produced. In addition to hard copies, records are requested in the form of magnetic media. Data may be provided in 31/2 inch diskette, JAZ, ZIP, CD, in ASCII delimited format. A record layout for the data is also requested.

**COPIES may be produced if there are no ORIGINALS.**

5

# EXHIBIT 3

b

## DECLARATION OF BARRY BOLGER

I, Barry Bolger, do declare and state as follows:

1. I am a Special Agent (SA) of the Internal Revenue Service, Criminal Investigations Division (IRS). I am presently assigned to the San Diego Office of the IRS and have been employed with the IRS Criminal Investigations Division since 1986. Between 1981 and 1986, I was employed with the IRS Examination Division. I am presently assigned to investigate violations of the United States tax laws and other related offenses, including conspiracy, money laundering, mail and wire fraud. I have been assigned to the Rose Fund, LLC (RF) and TRF Holdings, Inc. (TRF) investor fraud investigation since September 2004. Based on my review and financial analysis of documents and other evidence obtained during the Federal Grand Jury stage of the investigation, I know that the facts contained in the attached Government's Motion for Pretrial Production of Documents are true and correct.

2. On May 9, 2008, a federal grand jury returned a thirteen count indictment against Defendant William Wright (Wright) charging Wright with conspiracy to commit mail and wire fraud (a violation of 18 U.S.C. § 371); mail fraud (a violation of Title 18 U.S.C. § 1341); wire fraud (a violation of 18 U.S.C. § 1343); conspiracy to launder money (a violation of 18 U.S.C. § 1956(h); money laundering promotion (a violation of 18 U.S.C. § 1956 (a)(1)(A)(i); and aiding and abetting (a violation of 18 U.S.C. § 2).

3. This affidavit is written in support of the Government's Motion for the Pretrial Production of Documents pursuant to the Federal Rules of Criminal Procedure 17(c)(1). I have conducted a financial analysis of the funds in this case, including tracing the receipt and disposition

7

DECLARATION OF BARRY BOLGER
Re: U.S. v. Wright
Criminal Case No. 08CR1515-BEN
Page 2

of all RF/TRF investor money and the payment of RF/TRF and Vision Wireless (VW) sales commissions to Wright via his nominee companies, Who Banging Marketing, Inc. (Who Banging) and YAE, Inc. (YAE).

4. I have also traced Wright's use of his fraudulently-obtained RF/TRF and VW sales commissions to fund mortgage payments on his million dollar home in Tarzana, California, and his purchase of a Bentley through Desert European Motorcars, Ltd. In 2001 and 2003, Wright obtained two Washington Mutual Loans, each exceeding $1 million, to fund the purchase of his Tarzana home (the two loan numbers are listed on the Washington Mutual subpoena, Exhibit 1, which is filed under seal). Between January and September 2003, during the operation of the RF/TRF fraud scheme, Wright used RF/TRF and VW sales commissions from his Who Banging and YAE bank accounts to make at least 6 monthly payments to Washington Mutual of approximately $5,000 to $6,000 each. In addition, in January 2003, Wright withdrew funds from his Who Banging bank account to make a down payment to Desert European Motorcars on the purchase of a $162,000 Bentley.

5. The Government is a requesting a court order authorizing the issuance of Rule 17(c) subpoenas to Washington Mutual and Desert European Motorcars to obtain additional records - Wright's Washington Mutual home loan files and mortgage payment records and Desert European Motorcars' vehicle purchase and payment records for the time period October 1, 2002 through October 31, 2003. See Exhibits 1 and 2. Based on my investigation thus far, it is my belief that an analysis of the records that the Government is requesting as part of its motion may uncover evidence that will indisputably prove that Wright used his fraudulently-obtained sales commissions to pay for



DECLARATION OF BARRY BOLGER
Re: U.S. v. Wright
Criminal Case No. 08CR1515-BEN
Page 3

his expensive home and car. The loan and vehicle records are admissible at trial as business records (Federal Rules of Evidence 803(6)) and as proof of the offenses charged in the indictment.

6. The Washington Mutual loan and vehicle purchase records are not otherwise reasonably procurable in advance of trial by the exercise of due diligence. Because of privacy concerns, Washington Mutual and Desert European Motorcars will not voluntarily disclose to the Government the defendant's records. The Government is legally precluded from issuing post-indictment grand jury subpoenas for the production of these records. And the use of numerous, lengthy search warrants is inefficient, impractical and a misuse of the Court's time and resources where the pretrial production may be procured with a Rule 17(c) subpoena.

7. The Government cannot properly prepare for trial without the production and inspection in advance of trial of these records, and the failure to obtain an advance inspection may tend to unreasonably delay the trial. Given the number of Who Banging, YAE, Washington Mutual, and Desert European Motorcars records, pursuant to Fed. R. Evid. 1006, I will have to prepare summaries and charts to organize the information for a clear presentation to the jury. My financial analysis may also require the issuance of follow-up subpoenas for additional records from these businesses and other third parties which will inevitably cause further delay of the trial.

8. The Government's application for these subpoenas is made in good faith, with the intention that the information obtained may be used during trial as evidence against Wright; it is not intended for the purpose of general discovery. The Government has intentionally limited its subpoena requests to records relating to Wright's known purchases and payments to Washington

DECLARATION OF BARRY BOLGER
Re: U.S. v. Wright
Criminal Case No. 08CR1515-BEN
Page 4

Mutual and Desert European Motorcars that he made with fraud proceeds while participating in the RF/TRF and VW fraud schemes.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on 27th day of August 2008

_____
BARRY BOLGER
Special Agent IRS-CID

10