**ORIGINAL**

FILED

2008 SEP -2 AM 10: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

KAREN P. HEWITT
United States Attorney
YESMIN E. SAIDE
Assistant U.S. Attorney
California State Bar No. 067386
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6755 /(619) 557-7055 (Fax)
Email: yesmin.saide@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1515-BEN |
| --- | --- | --- |
| Plaintiff, | ) | **(Before Magistrate Judge William McCurine, Jr.)** |
| v. | ) | MOTION FOR ORDER AND ORDER SEALING EXHIBIT 1 OF THE GOVERNMENT'S <u>EX PARTE</u> MOTION FOR PRETRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)(1) |
| WILLIAM WRIGHT, | ) | |
| Defendant. | ) | |
| | ) | **FILED UNDER SEAL** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Yesmin E. Saide, Assistant United States Attorney, and hereby moves this Court for an order sealing Exhibit 1 of the Government's Ex Parte Motion for Pretrial Production of Documents Pursuant to Federal Rule of Criminal Procedure 17(c)(1) for the following reason: Exhibit 1 of the Government's motion is a copy of a subpoena to Washington Mutual that contains the loan numbers of two loans which Defendant Wright obtained from

1 | Washington Mutual which should be protected under General Order No. 514 of the United States
2 | District Court for the Southern District of California pertaining to privacy matters.

DATED: Aug. 28, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Yesmin E. Saide

YESMIN E. SAIDE
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08CR1515-BEN |
|---|---|
| Plaintiff | |
| | CERTIFICATE OF SERVICE |
| v. | |
| WILLIAM WRIGHT, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of MOTION FOR ORDER AND ORDER SEALING EXHIBIT 1 OF THE GOVERNMENT'S EX PARTE MOTION FOR PRETRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)(1) on the following party by faxing a copy to: Stanley H. Rozanski, Esq. at (310) 442-8210.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008.

s/ YESMIN E. SAIDE
Assistant U.S. Attorney