ORIGINAL

FILED
2008 SEP -2 AM 10:48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM WRIGHT,<br><br>　　　　　　　　Defendant. | Criminal Case No. 08CR1515-BEN<br><br>ORDER SEALING EXHIBIT 1 OF THE GOVERNMENT'S <u>EX PARTE</u> MOTION FOR PRETRIAL PRODUCTION OF DOCUMENTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 17(c)(1) |

Upon consideration of the Government's motion, Exhibit 1 of the Government's <u>Ex Parte</u> Motion for Pretrial Production of Documents Pursuant to Federal Rule of Criminal Procedure 17(c)(1) is hereby sealed.

IT IS SO ORDERED.

DATED: 8/29/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable William McCurine, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

08CR1515