FILED

SEP - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1515-BEN |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RE: PRODUCTION OF DOCUMENTS |
| WILLIAM WRIGHT, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America and pursuant to Rule 17(c)(1), Federal Rules of Criminal Procedure, it is hereby ordered as follows:

The Custodian of Records of Washington Mutual and Desert European Motorcars, Ltd. are directed to produce all records and documents which are subject to the Courts subpoenas dated August 28, 2008 on September 23, 2008 at 9:30 a.m., Courtroom C, 1st Floor, United States Courthouse, 940 Front Street, San Diego, California.

IT IS SO ORDERED.

DATED: 9/4/08 .

Honorable William McCurine, Jr.
United States Magistrate Judge

08CR1515