# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

12 JAN 25 PM 1:28



DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>WILLIAM WRIGHT (1),<br><br>      Defendant. | CASE NO. 08CR1515-BEN<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

18 U.S.C. §1341, 18 U.S.C. §1343, 18 U.S.C. §371, 18 U.S.C. §2,

18 U.S.C. §1956(a)(1)(A)(i), 18 U.S.C. §1956(h).

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 17, 2012

                    HON. Roger T. Benitez
                    U.S. District Judge